1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

☑ FILED     ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 31 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____

FILED
DEC 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8              UNITED STATES DISTRICT COURT          3:13-MJ-0171-VPC

9              EASTERN DISTRICT OF CALIFORNIA

10
11 UNITED STATES OF AMERICA,          CASE NO. 1:13 CR 00436 LJO SKO

12                  Plaintiff,        VIOLATIONS: 18 U.S.C. § 2422(b) – Use of
                                      Facility of Interstate Commerce to Induce Minor to
13        v.                          Engage in Criminal Sexual Activity; 18 U.S.C.
                                      2423(b) – Travel in Interstate Commerce with Intent
14 ISMAEL MARTINEZ,                   to Engage in Illicit Sexual Conduct; 18 U.S.C. §
                                      2252(a)(2) – Receipt or Distribution of Material
15    aka "Ismael Martinez Garcia",   Involving the Sexual Exploitation of Minors;
      aka "Hector",                   18 U.S.C. §§ 2428, 2253 – Forfeiture
16
                    Defendant.
17

18                              INDICTMENT
19
   COUNT ONE: [18 U.S.C. § 2422(b) – Use of a Facility of Interstate Commerce to Induce Minor to
20             Engage in Criminal Sexual Activity]
21
    The Grand Jury charges T H A T:
22
                              ISMAEL MARTINEZ,
23
24 defendant herein, beginning on an unknown date but no later than approximately May 2013, and

25 continuing through approximately September 2013, in Fresno County, within the State and Eastern

26 District of California and elsewhere, using facilities and means of interstate commerce, knowingly

27 attempted to persuade, induce and entice an individual whom he believed had not attained the age of 18

28 INDICTMENT                              1

1  years, to engage in sexual activity for which any person could be charged with a criminal offense, that
2  is, the defendant did use in Reno, Nevada the Internet, telephones, and other means of interstate
3  commerce to attempt to persuade, induce, and entice an individual whom he believed to a be a 14 year-
4  old female located in Fresno, California, to engaged in sexual activity which constitutes a crime within
5  the State of California, pursuant to California Penal Code Section 288(c)(1), all in violation of Title 18,
6  United States Code, Section 2422(b).

8  COUNT TWO: [18 U.S.C. § 2423(b) – Travel In Interstate Commerce with Intent to Engage in Illicit
           Sexual Conduct]

11   The Grand Jury charges T H A T:

12                ISMAEL MARTINEZ,

13  defendant herein, beginning on an unknown date but no later than approximately May 2013, and
14  continuing through approximately September 2013, in Fresno County, within the State and Eastern
15  District of California and elsewhere, did travel in interstate commerce for the purpose of engaging in
16  illicit sexual conduct with another person, in that the defendant travelled via state and interstate
17  highways from Reno, Nevada to Fresno, California, for the purpose of meeting with an individual whom
18  he believed to be a 14 year-old female, to have illicit sexual activity as defined in Title 18, United States
19  Code, Section 2423(f), in Fresno, California, all in violation of Title 18, United States Code, Section
20  2423(b).

22  COUNT THREE: [18 U.S.C. § 2252(a)(2) – Receipt or Distribution of Material Involving the Sexual
              Exploitation of Minors]

23   The Grand Jury charges T H A T:

24                ISMAEL MARTINEZ,

25  defendant herein, in August 2013, in Reno, Nevada and from Fresno County, within the State and
26  Eastern District of California and elsewhere and through the use of a laptop computer and hard drive,

28  INDICTMENT                                2

1  did knowingly receive or distribute at least one visual depiction, the producing of which involved at
2  least one minor engaging in sexually explicit conduct, as defined in Title 18, United States Code,
3  Section 2256, which depiction had been transported in interstate or foreign commerce, had been sent or
4  received using any means or facility of interstate or foreign commerce, or which contained materials
5  which had been mailed, shipped, or transported in interstate or foreign commerce by any means, all in
6  violation of Title 18, United States Code, Section 2252(a)(2).

8  <u>FORFEITURE ALLEGATION</u>:  [18 U.S.C. §§2428, 2253(a)(1), 2253(a)(2) and 2253(a)(3) – Criminal Forfeiture]

10  The allegations set forth in the above Indictment are incorporated by reference as though fully
11  set forth herein for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 2428, 2253(a)(1),
12  2253(a)(2) and 2253(a)(3).
13  Pursuant to one or more of the following: 18 U.S.C. §§ 2428, 2253(a)(1), 2253(a)(2) and
14  2253(a)(3), and upon conviction of one or more of the offenses alleged in this Indictment, the defendant
15  shall forfeit to the United States his interest in any and all items which contain any visual depiction,
16  book, magazine, periodical, film, videotape, or other matters which contains any such visual depiction,
17  which was possessed, produced, transported, mailed, shipped or received in violation thereof; any
18  property, real or personal, constituting or traceable to gross profits or other proceeds the defendant
19  obtained directly or indirectly as a result of the these violations, and any property traceable to such
20  property; and any and all property, real or personal, used or intended to be used in any manner or part to
21  commit or to promote the commission of the these violations, and any property traceable to such
22  property; including but not limited to the following:
23  (a) Apple iPhone 4 (Model A1387), seized from defendant by law enforcement on or about
24    September 27, 2013; and

28  INDICTMENT                                                    3

  (b) Compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about September 27, 2013.

  Pursuant to 18 U.S.C. §§ 2428, 2253(a)(1), 2253(a)(2), 2253(a)(3), 2253(b), and 21 U.S.C. § 853, if any property subject to forfeiture, as a result of any act or omission of defendants or agents of defendants or upon direction by the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of any other property of the defendants, up to the value of the property subject to forfeiture, including but not limited to a personal forfeiture money judgment, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

                A TRUE BILL

                /s/ Signature on file w/AUSA
                FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

**KIRK E. SHERRIFF for**

By_____
 Mark E. Cullers
 Assistant U.S. Attorney
 Chief, Fresno Office

INDICTMENT          4

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**FILED**
**DEC 19 2013**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## THE UNITED STATES OF AMERICA
vs.

ISMAEL MARTINEZ
aka "Ismael Martinez Garcia"
aka "Hector"

1: 1 3 CR 0 0 0 4 3 6 LJO SKO

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2422(b)-Use of Facility of Interstate Commerce to Induce Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(b)-Travel in Interstate Commerce With Intent o Engage in Illicit Sexual Conduct; 18 U.S.C. § 2252(a)(2)-Receipt or Distribution of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. §§ 2428, 2253-Criminal Forfeiture

*A true bill.*

/S/
_____
          *Foreman.*

Filed in open court this _ _ _ _ _ _ _ _ _ _ _ _ day

of _ _ _ _ _ _ _ _ _ _ _ _ _ _ , A.D. 20_ _ _ _ _

_____
          *Clerk.*

Bail, $ _ _ _ _ _ _ _ _ _ _ _ _

NO BAIL WARRANT

*[signature]*

GPO 863 525

AO 257 (Rev. 9/92)  Case 1:13-cr-00436-LJO-SKO   Document 1-1   Filed 12/19/13   Page 2 of 4
___ YES: SAB conflict in USAO (before 01/01/13)   ___YES: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING: Case No. 1:13-cr-003 AWI

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: Fresno County
U.S.C. Citation: Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City): EDCA

**DEFENDANT -- U.S. vs.**
ISMAEL MARTINEZ, aka Ismael Martinez Garcia Aka Hector

Address: 1: 13 CR 0 0 0 4 3 6 LJO SKO

Birth Date: 
☒ Male  ☐ Alien
☐ Female  (if applicable)
(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any):
Det. David Rippe/Fresno County Sheriff's Office

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per
FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a *reprosecution of charges*
previously dismissed which
were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☒ State
   If answer to (6) is "Yes," show name of institution
   Fresno County Jail

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
☐ No
Mo.  Day  Year

DATE OF ARREST ▶

Or ... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
DATE TRANSFERRED TO U.S. CUSTODY ▷

Name and Office of Person Furnishing Information on THIS FORM: Maria G. Robles
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Brian W. Enos

☐ This report amends AO 257 previously submitted

☒ FORFEITURE ALLEGATION

ADDITIONAL INFORMATION OR COMMENTS
PLEASE ISSUE NO BAIL WARRANT

AUSA INITIALS

PENALTY SLIP

1: 1 3 CR 0 0 0 4 3 6 LJO SKO

DEFENDANT: ISMAEL MARTINEZ
aka Ismael Martinez Garcia
aka Hector

COUNT ONE:

VIOLATION: 18 U.S.C. § 2422(b) - Use of Facility Of Interstate Commerce to Induce Minor To Engage In Criminal Sexual Activity

PENALTY: 10 years to life imprisonment
$250,000 fine
Lifetime supervised release
$100.00 Special Assessment

COUNT TWO:

VIOLATION: 18 U.S.C. § 2423(b) - Travel in Interstate Commerce With Intent to Engage In Illicit Sexual Conduct

PENALTY: Up to 30 years imprisonment
$250,000 fine
Lifetime supervised release
$100.00 Special Assessment

COUNT Three:

VIOLATION: 18 U.S.C. § 2252(a)(2) -
Receipt or Distribution of Material Involving the Sexual Exploitation of Minors

PENALTY: 5-20 years imprisonment
$250,000 fine
Lifetime supervised release
$100.00 Special Assessment

**FORFEITURE ALLEGATION:**

18 U.S.C. § 2428, 2253

1: 1 3 CR 0 0 0 4 3 6 LJO SKO